UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:16-cr-115 |
| | : | |
| vs. | : | Hon. Susan J. Dlott |
| | : | |
| RICHARD LEE DEVITO | : | |

## PROTECTIVE ORDER REGARDING MINOR VICTIM

This matter is before the Court on the Government's Motion for Protective Order Regarding Minor Victims, restricting the disclosure and dissemination of documents, electronic records, and other information relating to a minor victims. These documents, electronic records, and other information containing victim information or potentially identifying information shall be subject to the following Oder in accordance with Federal Rules of Criminal Procedure 16(d)( (Discovery and Inspection) and 49.1 (Privacy Protection), and Title 18 United States Code Section 3509(d) (The Child Victims' and Child Witnesses' Rights Act) and Section 3771(a) (The Crime Victims' Rights Act):

1. Victim Identifying Information shall not be disseminated to the defendant without redaction;

2. Defendant's counsel and other persons hired by defendant's counsel shall keep the materials in a secure place to which no person who does not have reason to know their contents has access;

3. The defendant and defendant's counsel (and those providing assistance to defendant's counsel) shall not disclose the materials directly or indirectly to any person or entity

other than persons employed to assist in the defense, persons who are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court may authorize disclosure. Potential witnesses and their counsel may be shown copies of the materials as necessary to prepare the defense, but may not retain copies;

4. The defendant, defendant's counsel, and authorized persons shall not copy or reproduce the materials except in order to provide copies of the materials for us in connection with this case by the defendant, defendant's counsel, and authorized persons. Such copies and reproductions shall be treated in the same manner as the original materials;

5. The defendant, defendant's counsel, and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the materials, and all such notes or records are to be treated in the same manner as the original materials.

6. Before showing materials to an authorized person, defense counsel must provide the person with a copy of this Order;

7. All publicly filed or disseminated documents shall use a generic name to identify a minor victims, such as "Minor Victim A";

8. Minor victims shall be referred to by a generic name (e.g. Minor Victim A) during all unsealed trial, pre-trial and post-trial proceedings;

9. Upon conclusion of all stages of this case, all documents and electronic records that contain identifying victim information or potentially identifying victim information shall be destroyed or returned to the United States. At the Court's discretion, it may require a certification as to the disposition of any such materials.

10. A violation of this Order that results in a knowing or intentional violation of 18 U.S.C. § 3509 is criminal contempt, punishable by up to a year in prison and a fine, or both, pursuant to 18 U.S.C. § 403.

11. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

IT IS SO ORDERED.

June 9, 2017
DATE

_____
HONORABLE SUSAN J. DLOTT
UNITED STATES DISTRICT COURT JUDGE