1187 MUIRWOOD LN. • BATAVIA, OH 45103
513-254-0632 • RICKDEVITO@GMAIL.COM

# RICHARD DEVITO

## MATERIALS MANAGER

**PROFILE**
Strategic managerial professional focused on continuous improvement. Offering more than 14 years of experience in inventory control, supply chain management, loss prevention, data analysis and customer service. A productive team player, with an attention for detail, able to self-motivate and relate with all levels within an organization.

**PROFESSIONAL EXPERIENCE**

**Linamar** -Eagle Manufacturing- **Florence, KY (2012 - Present):**
- **Materials Manager** (06/15 to Present)
  - Manages production planning, purchasing, inventory & logistics functions facilitating $60M in annual sales to Ford, FCA, and Toyota.
  - Responsible for developing and leading a team of 5 direct reports and 31 indirect.
  - Oversees all aspects of material flow and storage for 11 production lines operating 24/7.
  - Manages MRO crib to maintain total inventory of 4.5% of VAS with sustained 10% reductions year over year.
  - Holds senior purchasing authority at plant level, approving all daily purchases and capital expenditures.
  - Handles contract review and management of all vendors and sub-contractors.
- **Materials Supervisor** (02/14 to 06/15)
  - Responsible for all production planning, inventory control, and customer service tasks.
  - Created a training database including work instructions/videos for all Materials related process and procedure.
  - Developed an automated excel based ABC cycle count program.
  - Lead all physical inventories for Production and MRO including variance reconciliation.
  - Implemented company's first barcoded inventory system to increase inventory accuracy and assign appropriate value add to production parts in process per BOM.
- **MP&L (Materials Planning and Logistics) Coordinator** (09/12 to 02/14)
  - Responsible for managing Raw and Finished Inventory for all production lines.
  - Analyzed production data for trends to optimize production throughput.
  - Created Excel based MRP system to accurately plan production and raw/component supply purchases.
  - Planned production according to customer release, eliminating excess cost and/or waste ensuring timely delivery.
  - Managed various Excel based reporting and analysis both internal and customer level.
  - Lead daily/weekly conference calls with customers addressing performance to KPI's.
  - Monitored and controlled scrap process to ensure the company was under 1% budget each month.

**Best Buy** - Cincinnati, OH, (2006 - 2012):
- **District Inventory Control Analyst** (02/11 to 09/12)

- Ensured merchandising and inventory best practices were being performed to the highest and most efficient standards through the use of various audits.
- Traveled the district training new leadership and assessing 'back-end' store performance.
- Worked as assistant to district loss prevention and field support management to remedy areas of opportunity they discovered.

➢ **Product Process Manager** (05/07 to 02/11)
- Directly oversaw a group of 22 inventory, loss prevention, and merchandising associates.
- Responsible for hiring, training, coaching and performance appraisal of all warehouse members.
- Managed schedules, labor budgets, and P&L.
- Resolved customer service disputes.

➢ **Inventory/Loss Prevention Supervisor** (03/06 to 05/07)
- Oversaw all aspects of inventory control, shipping/receiving, and loss prevention.
- Implemented measures to keep shrink under budget.
- Handled safety and facility claims.
- CCTV experience as well as experience working with law enforcement officials.

**Ford Motor Company** - Batavia, OH, (2004 - 2006):

➢ **Team Lead** (06/05 to 02/06)
- Responsible for logging all employees hours.
- Kept team motivated towards daily production goals.

➢ **Assembly Line Worker / Machinist** (05/04 to 06/05)
- Assembled, machined, and tested various parts for transmissions.

**Sportsman's Market Inc.** - Batavia, OH, (1998 - 2004):

➢ **Shipping Supervisor** (08/02 to 02/04)
- Scheduled and managed all outbound shipments.
- Effectively communicated with freight carriers to continuously negotiate better rates.

➢ **Shipping Clerk** (05/98 to 8/02)
- Coordinated and directed daily shipping, picking, and packing activities.
- Developed and implemented new techniques to increase efficiency in logistic process

**COMPUTER SKILLS**

Advanced level computer experience. Microsoft Office suite (Word, Excel (Advanced), PowerPoint, Access, Outlook). Staffworks scheduling system. Unicru hiring database. ADP. HART Inventory system. IFS. SAP. CAD. CMMS. AS400.

**EDUCATION**

**University of Cincinnati**
Bachelor of the Arts
Major: Psychology / minor: Organizational Leadership

**University of Cincinnati**
Associate of the Arts
Major: Liberal Arts (Majority of business and psychology courses)
Awards: Member of the National Society of Collegiate Scholars

**CERTIFICATIONS**

LEAN – Six Sigma Yellow Belt
5S Kaizen Training
APICS training – In process