4/10/2019 Cincinnati Man Sentenced to 12 Years in Prison for Coercion and Enticement | USAO-SDOH | Department of Justice

Case: 1:16-cr-00115-SJD-MRM Doc #: 83-6 Filed: 04/26/19 Page: 1 of 2 PAGEID #: 431


United States Department of Justice

# THE UNITED STATES ATTORNEY'S OFFICE
## SOUTHERN DISTRICT *of* OHIO

U.S. Attorneys » Southern District of Ohio » News

**Department of Justice**

U.S. Attorney's Office

Southern District of Ohio

FOR IMMEDIATE RELEASE                    Thursday, September 22, 2016

## Cincinnati Man Sentenced to 12 Years in Prison for Coercion and Enticement

CINCINNATI – Martell A. Lowry, 27, of Cincinnati, was sentenced in U.S. District Court to 144 months in prison for production of child pornography and coercion and enticement. The sentence also calls for him to be under court supervision for the rest of his life.

Benjamin C. Glassman, Acting United States Attorney for the Southern District of Ohio, Hamilton County Sheriff Jim Neil, Angela L. Byers, Special Agent in Charge, Federal Bureau of Investigation (FBI), and other members of the Regional Electronics and Computer Investigations Task Force (RECI) and Greater Cincinnati Internet Crimes Against Children Task Force (ICAC), announced the sentence handed down today by U.S. District Judge Michael R. Barrett.

Lowry used Facebook to contact young teenage boys for the purpose of soliciting sex from the juveniles. He offered to pay them to either let him perform oral sex on them or to send him nude photos of themselves.

The investigation identified more than 25 children as being victimized by Lowry. According to an indictment returned in April 2015, Lowry enticed and coerced at least 14 minors to engage in sexual activity.

Lowry pleaded guilty in July 2015 to coercion and enticement. While under court supervision, he will be required to register as a sex offender anywhere that he lives, works or goes to school.

Acting U.S. Attorney Glassman commended the investigation of this case by the Hamilton County Sheriff's Office, FBI, RECI and Greater Cincinnati ICAC, and Assistant United States Attorneys Christy L. Muncy and Timothy D. Oakley, who prosecuted the case.

**Topic(s):**
Project Safe Childhood

**Component(s):**
USAO - Ohio, Southern



THE UNITED STATES ATTORNEY'S OFFICE
# SOUTHERN DISTRICT of OHIO

U.S. Attorneys » Southern District of Ohio » News

Department of Justice

U.S. Attorney's Office

Southern District of Ohio

FOR IMMEDIATE RELEASE            Wednesday, April 15, 2015

## Cincinnati Man Charged With Production Of Child Pornography, Coercion And Enticement

*Investigators seek help in identifying more victims*

CINCINNATI – A federal grand jury has charged Martell A. Lowry, 25, of Cincinnati, with seven counts of production of child pornography involving seven different minors and coercion and enticement in an indictment returned in Cincinnati.

Carter M. Stewart, United States Attorney for the Southern District of Ohio, Hamilton County Sheriff Jim Neal, Angela L. Byers, Special Agent in Charge, Federal Bureau of Investigation (FBI), and other members of the Regional Electronics and Computer Investigations Task Force and (RECI) Greater Cincinnati Internet Crimes Against Children Task Force (ICAC), announced the indictment returned today.

A criminal complaint filed against Lowry alleged he used Facebook to contact young teenage boys for the purpose of soliciting sex from the juveniles. Lowry allegedly offered to pay them to either let him perform oral sex on them or to send him nude photos of themselves. Thus far, the investigation has identified more than 25 children as being victimized by Lowry.

According to the indictment, Lowry allegedly enticed and coerced at least 14 minors to engage in sexual activity for which he could be charged with an offense.

The indictment charges Lowry with seven counts of production of child pornography and one count of coercion and enticement.

Each count of production of child pornography is a crime punishable by up to 30 years in prison and coercion and enticement carries a maximum sentence of life in prison. Both crimes include at least five years of supervised release.