Re: DEVITO, RICHARD LEE

## Pseudo Counts 1A, 1E, 1F, 1l, 1M, 1N, 1O, 1R, 1T, 1U, 1W, 1X and 1Y

| Pseudo Count | Minor Victim | Base Offense Level U.S.S.G. § 2G2.1(a) | SOC-(Victim Under Age 12) 2G2.1(b)(1)(A) | SOC-(Misrep. Identity) 2G2.1(b)(6) |
|---|---|---|---|---|
| 1A | B | 32 | +4 | +2 |
| 1E | F | 32 | +4 | +2 |
| 1F | G | 32 | +4 | +2 |
| 1L | M | 32 | +4 | +2 |
| 1M | N | 32 | +4 | +2 |
| 1N | O | 32 | +4 | +2 |
| 1O | P | 32 | +4 | +2 |
| 1R | T | 32 | +4 | +2 |
| 1T | W | 32 | +4 | +2 |
| 1U | X | 32 | +4 | +2 |
| 1W | Z | 32 | +4 | +2 |
| 1X | AA | 32 | +4 | +2 |
| 1Y | AB | 32 | +4 | +2 |

The adjusted offense level for each of the counts in the above listed chart is 38.

Re: DEVITO, RICHARD LEE

## Pseudo Counts 1B, 1C, 1D and 1V

| Pseudo Count | Minor Victim | Base Offense Level U.S.S.G. § 2G2.1(a) | SOC-(Victim Under Age 12) 2G2.1(b)(1)(A) | SOC-Sex Act 2G2.1(b)(2)(A) | SOC-(Misrep. Identity) 2G2.1(b)(6) | Use of a Minor U.S.S.G. § 3B1.4 |
|---|---|---|---|---|---|---|
| 1B | C | 32 | +4 | +2 | +2 | +2 |
| 1C | D | 32 | +4 | +2 | +2 | +2 |
| 1E | E | 32 | +4 | +2 | +2 | +2 |
| 1V | Y | 32 | +4 | +2 | +2 | +2 |

The adjusted offense level for each of the counts in the above listed chart is 42.

## Pseudo Counts 1H, 1I, 1K, and 1Q

| Pseudo Count | Minor Victim | Base Offense Level U.S.S.G. § 2G2.1(a) | SOC-(Victim Under Age 12) 2G2.1(b)(1)(A) | SOC-Sex Act 2G2.1(b)(2)(A) | SOC-(Misrep. Identity) 2G2.1(b)(6) |
|---|---|---|---|---|---|
| 1H | I | 32 | +4 | +2 | +2 |
| 1I | J | 32 | +4 | +2 | +2 |
| 1K | L | 32 | +4 | +2 | +2 |
| 1Q | S | 32 | +4 | +2 | +2 |

The adjusted offense level for each of the counts in the above listed chart is 40.

Re:  DEVITO, RICHARD LEE

## Pseudo Counts 1G, 1J and 1AB

| Pseudo Count | Minor Victim | Base Offense Level U.S.S.G. § 2G2.1(a) | SOC-(Victim Age 12 - 16) 2G2.1(b)(1)(B) | SOC-Sex Act 2G2.1(b)(2)(A) | SOC-(Misrep. Identity) 2G2.1(b)(6) |
|---|---|---|---|---|---|
| 1G | H | 32 | +2 | +2 | +2 |
| 1J | K | 32 | +2 | +2 | +2 |
| 1AB | AE | 32 | +2 | +2 | +2 |

The adjusted offense levels for each of the counts in the above listed chart is 38.

## Pseudo Counts 1P, 1S, 1Z, 1AA and 1AC

| Pseudo Count | Minor Victim | Base Offense Level U.S.S.G. § 2G2.1(a) | SOC-(Victim Age 12 - 16) 2G2.1(b)(1)(B) | SOC-(Misrep. Identity) 2G2.1(b)(6) |
|---|---|---|---|---|
| 1P | Q | 32 | +2 | +2 |
| 1S | V | 32 | +2 | +2 |
| 1Z | AC | 32 | +2 | +2 |
| 1AA | AD | 32 | +2 | +2 |
| 1AC | AF | 32 | +2 | +2 |

The adjusted offense level for each of the counts in the above listed chart is 36.