# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA,

        Plaintiff,    :    Case No. 1:16-cr-115
                                                   Also 1:21-cv-093

                                                   District Judge Susan J. Dlott
- vs -                                    Magistrate Judge Michael R. Merz

RICHARD LEE DeVITO,

        Defendant.    :

## ORDER POSTPONING COMPLIANCE WITH SUBPOENA

This case is before the Court on Motion of Attorney Sarah Kovoor to Quash the subpoena served on her for appearance and testimony at a deposition in this case (ECF No. 134).

The Motion was filed at 12:32 p.m. on Friday, October 1, 2021.  The docket shows the subpoena commands Attorney Kovoor's appearance at a deposition in Cleveland, Ohio, at 2:00 p.m. on Thursday, October 7, 2021 (See ECF No. 133-1, PageID 1035).  In order to give the Court ample time to consider the issues raised by the Motion to Quash, it is hereby ordered that Attorney Kovoor's compliance with the subpoena is hereby POSTPONED until a date and time and at a place to be set by the Court if the Court denies the Motion to Quash.

Defendant and the United States are ordered to file any memorandum either of those parties wishes the Court to consider on the issues raised by the Motion to Quash not later than October

1

11, 2021.  Attorney Kovoor will have until October 18, 2021, to file a reply memorandum in support of her Motion.

October 1, 2021.

s/ *Michael R. Merz*<br>United States Magistrate Judge